UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re                                : Chapter 7

CARMELLA GIBELLINO-SCHULTZ          :

    Debtor                      : Bankruptcy No. 10-30669

..............................................

ORDER

..............................................

AND NOW, this 11th day of April 2011, for the reason stated in the accompanying memorandum, it is hereby ordered that the motion of Melvyn A. Woloshin and Woloshin, Lynch, Natalie & Gagne, P.A. for relief from the bankruptcy stay under 11 U.S.C. § 362(d) is denied.

                                                        _____
                                                            BRUCE FOX
                                                  United States Bankruptcy Judge

copies to:

Michael D. Power, Esq.
Power & Associates P.C.
1790 Wilmington Pike, Suite 200
Glen Mills, PA 19342

Stephen V. Bottiglieri, Esq.
Michale F.X. Gillin and Associates, P.C.
230 N. Monroe Street
Media, PA 19063